■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CALDERON, Appellant. [610 NYS2d 916] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Cornelius, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUY E. NOVAK, Also Known as EDDIE NOVAK, Appellant. [610 NYS2d 916] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ RICHARD DRESSER et al., Respondents, v RICHARD FINK et al., Appellants. (Appeal No. 1.) [609 NYS2d 885] —Appeal unanimously dismissed without costs *(see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeals from Order of Supreme Court, Steuben County, Scudder, J.—Dismiss Complaint.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYAN R. HAWKINS, Appellant. [610 NYS2d 916] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Burglary, 2nd Degree.) Present—Balio, J. P., Lawton, Doerr, Davis and Boehm, JJ.